IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ANDREW DIVERSEY,**

    Plaintiff,

v.                                                     No. 12-cv-0651 SMV/WDS

**DAVID SCHMIDLY, RICHARD HOLDER,**
**CHARLES FLEDDERMANN,**
**JAMES KOCH, RAYMOND SANCHEZ,**
**MARTHA BEDARD, and**
**JACK FORTNER, all individually and in**
**their official capacities,**

    Defendants.

## ORDER SETTING HEARING ON MOTION

THIS MATTER is before the Court on review of Defendants' Amended Motion to Dismiss Plaintiff's Amended Complaint for Willful Copyright Infringement and Request for Permanent Injunctive Relief . . . [Doc. 21], filed on August 22, 2012.  The Court will hold a hearing on that motion at **9:00 a.m., Tuesday, October 9, 2012,** in the Pete V. Domenici United States Courthouse, 333 Lomas Blvd. N.W., Albuquerque, New Mexico.  The Court will notify parties of the specific courtroom for the hearing in a follow-up order.

    **IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**