IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW DIVERSEY,

    Plaintiff,

v.                                                            No. 12-cv-0651 SMV/WDS

DAVID SCHMIDLY, RICHARD HOLDER,
CHARLES FLEDDERMANN,
JAMES KOCH, RAYMOND SANCHEZ,
MARTHA BEDARD, and
JACK FORTNER, all individually and in
their official capacities,

    Defendants.

## AMENDED ORDER SETTING HEARING ON MOTION

The Court's Order Setting Hearing on Motion **[**Doc. 25] is amended to reflect that the hearing will take place in the **Pecos Courtroom, third floor**, in the Pete V. Domenici United States Courthouse, 333 Lomas Blvd. N.W., Albuquerque, New Mexico.  The time and date of the hearing, 9:00 a.m. on Tuesday, October 9, 2012, remain unchanged.

**IT IS SO ORDERED**.

                                                                                         **STEPHAN M. VIDMAR**
                                                                                         **United States Magistrate Judge**