IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW DIVERSEY,

    Plaintiff,

v.                                                                                    No. 12-cv-0651 SMV/WDS

DAVID SCHMIDLY, RICHARD HOLDER,
CHARLES FLEDDERMANN,
JAMES KOCH, RAYMOND SANCHEZ,[1]
MARTHA BEDARD, and
JACK FORTNER, all individually and in
their official capacities,

    Defendants.

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby enters judgment in this matter. Having granted Defendants' Amended Motion to Dismiss [Doc. 21] and having dismissed the Amended Complaint [Doc. 18], in a Memorandum Opinion and Order entered concurrently herewith [Doc. 30],

**IT IS ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** is entered **IN FAVOR OF DEFENDANTS** on all of Plaintiff's claims, which are hereby **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

                                                                                  **STEPHAN M. VIDMAR**
                                                                                  **United States Magistrate Judge**
                                                                                   **Presiding by Consent**

---

[1] This caption reflects the caption docketed by the Court Clerk in this case. However, both the original Complaint [Doc. 1] and the Amended Complaint [Doc. 18] list Raymond Sanchez as a Defendant "individually" only. Neither the Original, nor the Amended Complaint identifies him as being sued in his official capacity.