AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of New Mexico__ on the following

☐ Trademarks or   √ Patents .  ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:12-cv-00651-SMV-WDS | DATE FILED<br>6/15/2013 | U.S. DISTRICT COURT<br>**District of New Mexico** |
|---|---|---|
| PLAINTIFF<br>**Andrew Diversey** | | DEFENDANT<br>**David Schmidly** |

| PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| Dissertation Metonymy | 02/22/2012 no TXu1-789-285 | Andrew Diversey |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | . |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Memorandum Opinion and Order granting motion to dismiss; Judgment in favor of Defendants filed March 1, 2013 (attached) |

| CLERK<br>Matthew J Dykman, Clerk | (BY) DEPUTY CLERK<br>Pamela D Gutierrez | DATE<br>March 4, 2013 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy