# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ANDREW DIVERSEY,

                          Plaintiff,

v.

DAVID SCHMIDLY individually,
RICHARD HOLDER individually,
CHARLES FLEDDERMANN individually,
JAMES KOCH individually and in his
official capacity, RAYMOND SANCHEZ
individually, MARTHA BEDARD                   No. 1:12-cv-00651-SMV/KK
individually, JACK FORTNER individually
and in his official capacity, ROBERT FRANK
in his official capacity, CAROL PARKER in
her official capacity, JULIE COONROD in her
official capacity, and RICHARD CLEMENT
in his official capacity,

                          Defendants.

## STIPULATED ORDER OF DISMISSAL

      This matter came before the Court on the Stipulation for Dismissal filed herein by Plaintiff and Defendants James Koch, individually and in his official capacity; Raymond Sanchez, individually; and Jack Fortner, individually and in his official capacity. The Court FINDS the Stipulation for Dismissal well taken.

      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-captioned action is dismissed with regard to Defendant James Koch, individually and in his official capacity; Defendant Raymond Sanchez, individually; and Defendant Jack Fortner, individually and in his official capacity, with the parties to bear their own costs and attorney's fees.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

*/s/* Brett J. Danoff
Counsel for Plaintiff
Michael Danoff & Associates, P.C.
1225 Rio Grande Blvd. NW
Albuquerque, NM 87104
505-262-2383
bdanoff@michaeldanoff.com


*/s/* Kimberly N. Bell
Kimberly N. Bell
Counsel for all Defendants
Office of University Counsel
1 University of New Mexico
MSC05 3440
Albuquerque, N.M. 87131-0001
505-277-3443
KiBell@salud.unm.edu