IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ANDREW DIVERSEY,**

    **Plaintiff,**

v.                           No. 1:12-cv-00651-SMV/KK

**DAVID SCHMIDLY, individually;**
**RICHARD HOLDER, individually;**
**CHARLES FLEDDERMANN, individually;**
**MARTHA BEDARD, individually;**
**ROBERT FRANK in his official capacity;**
**CAROL PARKER in her official capacity;**
**JULIE COONROD in her official capacity; and**
**RICHARD CLEMENT in his official capacity,**

    **Defendants.**

### ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration the JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE of all claims asserted by Plaintiff Andrew Diversey. The Court, being of the opinion that said Motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff Andrew Diversey are hereby dismissed with prejudice. It is further ORDERED that all attorneys' fees and costs are borne by the party that incurred them.

So ORDERED and SIGNED this __5th__ day of __June_____, 2015.

                                               _____
                                               Honorable Stephan M. Vidmar
                                               UNITED STATES MAGISTRATE JUDGE

Submitted by:

MICHAEL DANOFF & ASSOCIATES, P.C.

 */s/ Brett J. Danoff*
Brett J. Danoff
Counsel for Plaintiff
1225 Rio Grande Blvd. NW
Albuquerque, NM 87104
Telephone No.: (505) 262-2383
Facsimile No.: (505) 266-4330
bdanoff@michaeldanoff.com


OFFICE OF UNIVERSITY COUNSEL
THE UNIVERSITY OF NEW MEXICO

 */s/ Kimberly N. Bell*
Kimberly N. Bell
Deputy University Counsel
Counsel for Defendants and UNM
1 University of New Mexico
MSC05 3440
Albuquerque, NM 87131-0001
505-277-3443
Fax:  505-277-4154
KiBell@salud.unm.edu